**ORIGINAL**

# In the United States Court of Federal Claims

No. 18-738C
(Filed: July 27, 2018)

**FILED**

**JUL 27 2018**

U.S. COURT OF
FEDERAL CLAIMS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ANTHONY CLARKE,

        *Plaintiff,*

v.

THE UNITED STATES,

        *Defendant,*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

    Anthony Clarke filed a complaint on May 24, 2018. He neglected to pay his filing fee nor did he seek leave to proceed *in forma pauperis*. Defendant has filed a motion to dismiss for lack of jurisdiction or, in the alternative, for failure to state a claim, but we find it unnecessary to address that motion because it is apparent on the face of the complaint that the court lacks jurisdiction.

    In substance, Mr. Clark seeks exoneration and expungement of his criminal record, although the complaint contains numerous irrelevant assertions and citations. This court's general jurisdiction under 28 U.S.C. § 1491 does not extend to a review of criminal convictions or sentences, and none of the other statutes granting the court jurisdiction do so.

    Accordingly, following is ordered:

1. Defendant's motion to dismiss is denied as moot.

2. The Clerk of Court is directed to dismiss the complaint and enter

7017 1450 0000 6959 9702

judgment for defendant.[1]

_____
ERIC G. BRUGGINK
Senior Judge

---

[1] Plaintiff remains obligated to pay the court filing fee.